# Court of Appeals
# of the State of Georgia

ATLANTA,  January 21, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0698. AHMED ISSA v. THE STATE.**

A jury found Ahmed Issa guilty of numerous offenses, including burglary and aggravated assault. Issa filed a motion for new trial, which the trial court denied in part and granted in part. Specifically, the trial court vacated three convictions. The trial court specified it was not granting a new trial, but that Issa would be re-sentenced. Issa filed a notice of appeal from the trial court's ruling. We lack jurisdiction.

Pursuant to OCGA § 5-6-34 (a) (1), a defendant has a right to directly appeal a "final judgment[ ], that is to say, where the case is no longer pending in the court below." A "case is not final and ripe for appeal until a sentence has been entered on each count of the indictment that was the subject of the trial." See *Keller v. State*, 275 Ga. 680 (571 SE2d 806) (2002). Because Issa has not been re-sentenced, we lack jurisdiction over this appeal, which is hereby DISMISSED.

Upon entry of the sentencing order, the superior court clerk is directed to retransmit this appeal. Issa need not file a second notice of appeal as the prematurely filed notice of appeal will ripen upon entry of the sentence. See *McCulley v. State*, 273 Ga. 40, 43 n.3 (537 SE2d 340) (2000).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   01/21/2016
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*